UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, Sr.,<br><br>Plaintiff in Limitation.<br><br>CLAIMS IN LIMITATION<br><br>CROSS-ACTION | Civil No. 2:11-CV-00196-JAM-GGH<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT BY RUSSO'S MARINA, INC.**<br><br>DATE:  September 19, 2012<br>TIME:  9:30 a.m. |

    Russo's Marina, Inc.'s Motion for Summary Judgment or, in the Alterative, Summary Adjudication, as well as Cross-plaintiffs' cross-motion for an order pursuant to Federal Rule of Civil Procedure 56(d) came regularly on for hearing on September 19, 2012, the Honorable John A. Mendez, United States District Court Judge, presiding, Russo's Marina, Inc. appeared through its attorneys of record J. Justin McKenna, Jr., of Vitale & Lowe. Cross-plaintiffs appeared through their attorney of record, Arnold I. Berschler. The Court considered all relevant papers and argument and deemed the cross-motion as a part of the opposition to said Motion for Summary Judgment or, in the Alterative, Summary Adjudication. The Court finds that there exists one or more material facts which are genuinely in dispute. The Court also finds that, upon the issue of whether Russo's Marina, Inc.'s may be held liable for punitive damages, the Cross-plaintiffs reasonably require further discovery.

WHEREFORE, IT IS ORDERED:

1. Russo's Marina, Inc.'s motion for summary adjudication upon the issue of its alleged negligent breach of duty is denied with prejudice.
2. Russo's Marina, Inc.'s motion for summary adjudication upon the issue of whether it may be held liable for punitive damages is denied, without prejudice.

DATED:   10/2/2012                                              SO ORDERED,

/s/ John A. Mendez
JOHN A. MENDEZ,
United States District Court Judge.