G. GEOFFREY ROBB  (131515)
MARKER E. LOVELL, JR.  (208659)
CHELSEA D. YUAN  (240559)
DIANA CASTIOV  (280467)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California  94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001
Email: grobb@gibsonrobb.com
       mlovell@gibsonrobb.com
       cyuan@gibsonrobb.com
       dcastiov@gibsonrobb.com

Attorneys for Plaintiff-in-Limitation
LONNIE EVERETT OWEN, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of LONNIE EVERETT OWEN, Sr.,<br><br>        Plaintiff in Limitation.<br><br>CLAIMS IN LIMITATION<br><br>RICHARD HEDRICK, JONATHAN HEDRICK (minor), KATHLEEN HEDRICK, CHARLES McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT (minor), JASON McEWAN, SABRINA MOSS,<br><br>        Cross-Plaintiffs,<br><br>    v.<br><br>WESTERN OUTDOOR NEWS, INDIVIDUALLY AND D.B.A. WON BASS, GENE BUCCHOLZ, SNAG PROOF MANUFACTURING, INC., RUSSO'S MARINA, INC.,<br><br>        Cross-Defendants. | Case No.  **2:11-CV-00196-JAM-GGH**<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DATE**<br><br>Trial Date:    May 6, 2013 |

1  Plaintiff-in-Limitation LONNIE EVERETT OWEN, Sr., as owner of the 2009 Skeeter
2  ZX250, by and through his counsel of record, GIBSON ROBB & LINDH LLP; Claimants
3  RICHARD HEDRICK, JONATHAN HEDRICK, KATHLEEN HEDRICK, CHARLES
4  McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT, JASON McEWAN, and
5  SABRINA MOSS, by and through their counsel of record, ARNOLD BERSCHLER
6  ASSOCIATES, PC, and BAKERINK McCUSKER BELDEN; Cross-Defendant WESTERN
7  OUTDOOR PUBLISHING, INC., by and through its counsel of record, NEVIN WIESNER;
8  Cross-Defendant GENE BUCHHOLZ, by and through his counsel of record, BULLIVANT
9  HOUSER BAILEY PC; Cross-Defendant RUSSO'S MARINA, INC., by and through its counsel
10 of record, VITALE & LOWE; and Cross-Defendant SNAG PROOF MANUFACTURING, INC.,
11 by and through its counsel of record, KNUDTSON & NUTTER, LLP, hereby enter into the
12 below stipulation to continue pretrial discovery dates.
13  This stipulation is made in consideration of the fact that the parties have been actively
14 participating in discovery, including extensive written discovery.  The parties are in the process
15 of preparing substantial additional discovery and further depositions and a site inspection have
16 been scheduled.  The parties are pursuing settlement negotiations and may set a private mediation
17 before expending any funds toward resources to disclose experts.
18  Based on the foregoing, the parties hereby request based on good cause showing that the
19 expert disclosure date be continued to November 9, 2012, and the supplemental expert disclosure
20 date to November 16, 2012.

22  Dated: October 11, 2012          GIBSON ROBB & LINDH LLP

24                                    By: S/ MARKER E. LOVELL, JR.
                                         Marker E. Lovell, Jr.
25                                       mlovell@gibsonrobb.com
                                         *Attorneys for Plaintiff-in-Limitation*
26                                       LONNIE EVERETT OWEN, SR.

| | | |
|---|---|---|
| 1 | Dated: October 11, 2012 | BERSCHLER ASSOCIATES, PC |
| 2 | | |
| 3 | | By: S/ ARNOLD I. BERSCHLER |
| 4 | | Arnold I. Berschler<br>arnold@berschler.com |
| 5 | | *Attorneys for Claimants/Cross-Complainants*<br>CHARLES T. McDERMOTT, |
| 6 | | COLETTE McDERMOTT, JASON P. McEWAN, MARY McDERMOTT, |
| 7 | | SABRINA D. MOSS, JONATHAN HEDRICK, KATHLEEN M. HEDRICK, |
| 8 | | RICHARD D. HEDRICK |
| 9 | | |
| 10 | Dated: October 11, 2012 | BAKERINK McCUSKER BELDEN |
| 11 | | |
| 12 | | By: S/ BRINTON R. McCUSKER<br>Brinton R. McCusker |
| 13 | | bmccusker@tracyattorneys.com<br>*Co-Counsel for Claimants/Cross-Complainants* |
| 14 | | CHARLES T. McDERMOTT, COLETTE McDERMOTT, JASON P. McEWAN, |
| 15 | | MARY McDERMOTT, SABRINA D. MOSS, JONATHAN HEDRICK, |
| 16 | | KATHLEEN M. HEDRICK, RICHARD D. HEDRICK |
| 17 | | |
| 18 | Dated: October 11, 2012 | NEVIN WIESNER |
| 19 | | |
| 20 | | By: S/ DAVID M. SANDERS<br>David M. Sanders |
| 21 | | david.sanders@farmersinsurance.com<br>*Attorneys for Cross-Defendant* |
| 22 | | WESTERN OUTDOOR PUBLISHING, INC. |
| 23 | | |
| 24 | Dated: October 11, 2012 | BULLIVANT HOUSER BAILEY PC |
| 25 | | |
| 26 | | By: S/ MARILYN RAIA<br>Marilyn Raia |
| 27 | | marilyn.raia@bullivant.com<br>*Attorneys for Cross-Defendant* |
| 28 | | GENE BUCHHOLZ |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DATE
Case No. CV 10 0973 SBA; Our File No. 8002.63                                                                                       - 3 -

| | | |
|---|---|---|
| 1 | Dated: October 11, 2012 | KNUDTSON & NUTTER, LLP |
| 2 | | |
| 3 | | By: S/ GIGI M. KNUDTSON |
| | | Gigi M. Knudtson |
| 4 | | esluder@knfirm.com |
| | | *Attorneys for Cross-Defendant* |
| 5 | | SNAG PROOF MANUFACTURING, INC. |
| 6 | | |
| 7 | Dated: October 11, 2012 | VITALE & LOWE |
| 8 | | |
| 9 | | By: S/ DOUGLAS G. MACKAY |
| | | Douglas G. MacKay |
| 10 | | Douglas.MacKay@Zurichna.com |
| | | *Attorneys for Cross-Defendant* |
| 11 | | RUSSO'S MARINA, INC. |

Marker E. Lovell, Jr., attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

**ORDER**

The expert disclosure date shall be continued to November 9, 2012, and the supplemental expert disclosure date shall be continued to November 16, 2012.

**IT IS SO ORDERED.**

Date:  October 11, 2012            /s/ John A. Mendez
                                   John A. Mendez
                                   U.S. DISTRICT COURT JUDGE