1  G. GEOFFREY ROBB  (131515)
   MARKER E. LOVELL, JR.  (208659)
2  CHELSEA D. YUAN  (240559)
   DIANA CASTIOV  (280467)
3  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
4  San Francisco, California  94105
   Telephone: (415) 348-6000
5  Facsimile:  (415) 348-6001
   Email: grobb@gibsonrobb.com
6          mlovell@gibsonrobb.com
           cyuan@gibsonrobb.com
7          dcastiov@gibsonrobb.com

8  Attorneys for Plaintiff-in-Limitation
   LONNIE EVERETT OWEN, SR.
9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13 | In the matter of LONNIE EVERETT   | Case No. **2:11-CV-00196-JAM-GGH**
   | OWEN, Sr.,                        |
14 |                                   | **STIPULATION AND ORDER TO**
   |        Plaintiff in Limitation.   | **CONTINUE EXPERT DISCLOSURE**
15 |                                   | **DATE**
16 |                                   |
   | CLAIMS IN LIMITATION              |
17 |                                   |
   |                                   | Trial Date:    May 6, 2013
18 |                                   |
19 | RICHARD HEDRICK, JONATHAN         |
   | HEDRICK (minor), KATHLEEN         |
20 | HEDRICK, CHARLES McDERMOTT,       |
   | COLETTE McDERMOTT, MARY           |
21 | McDERMOTT (minor), JASON McEWAN,  |
   | SABRINA MOSS,                     |
22 |                                   |
   |        Cross-Plaintiffs,          |
23 |                                   |
   |    v.                             |
24 |                                   |
   | WESTERN OUTDOOR NEWS,             |
25 | INDIVIDUALLY AND D.B.A. WON       |
   | BASS, GENE BUCCHOLZ, SNAG PROOF   |
26 | MANUFACTURING, INC., RUSSO'S      |
   | MARINA, INC.,                     |
27 |                                   |
   |        Cross-Defendants.          |
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DATE
Case No. CV 10 0973 SBA; Our File No. 8002.63

1  Plaintiff-in-Limitation LONNIE EVERETT OWEN, Sr., as owner of the 2009 Skeeter
2  ZX250, by and through his counsel of record, GIBSON ROBB & LINDH LLP; Claimants
3  RICHARD HEDRICK, JONATHAN HEDRICK, KATHLEEN HEDRICK, CHARLES
4  McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT, JASON McEWAN, and
5  SABRINA MOSS, by and through their counsel of record, ARNOLD BERSCHLER
6  ASSOCIATES, PC, and BAKERINK McCUSKER BELDEN; Cross-Defendant WESTERN
7  OUTDOOR PUBLISHING, INC., by and through its counsel of record, NEVIN WIESNER;
8  Cross-Defendant GENE BUCHHOLZ, by and through his counsel of record, BULLIVANT
9  HOUSER BAILEY PC; Cross-Defendant RUSSO'S MARINA, INC., by and through its counsel
10 of record, VITALE & LOWE; and Cross-Defendant SNAG PROOF MANUFACTURING, INC.,
11 by and through its counsel of record, KNUDTSON & NUTTER, LLP, hereby enter into the
12 below stipulation to continue pretrial discovery dates.
13      This stipulation is made in consideration of the fact that the parties have been actively
14 participating in discovery, including extensive written discovery.  The parties are in the process
15 of preparing substantial additional discovery and further depositions and a site inspection have
16 been scheduled.  The parties are pursuing settlement negotiations and may set a private mediation
17 before expending any funds toward resources to disclose experts.
18      Based on the foregoing, the parties hereby request based on good cause showing that the
19 expert disclosure date be continued to November 9, 2012, and the supplemental expert disclosure
20 date to November 16, 2012.

22 Dated: October 11, 2012                GIBSON ROBB & LINDH LLP

24                                         By: S/ MARKER E. LOVELL, JR.
25                                             Marker E. Lovell, Jr.
                                              mlovell@gibsonrobb.com
                                              *Attorneys for Plaintiff-in-Limitation*
26                                            LONNIE EVERETT OWEN, SR.

| | | |
|---|---|---|
| 1 | Dated: October 11, 2012 | BERSCHLER ASSOCIATES, PC |
| 2 | | |
| 3 | | By: S/ ARNOLD I. BERSCHLER |
| | | Arnold I. Berschler |
| 4 | | arnold@berschler.com |
| | | *Attorneys for Claimants/Cross-* |
| 5 | | *Complainants* |
| | | CHARLES T. McDERMOTT, |
| 6 | | COLETTE McDERMOTT, JASON P. |
| | | McEWAN, MARY McDERMOTT, |
| 7 | | SABRINA D. MOSS, JONATHAN |
| | | HEDRICK, KATHLEEN M. HEDRICK, |
| 8 | | RICHARD D. HEDRICK |
| 9 | | |
| | Dated: October 11, 2012 | BAKERINK McCUSKER BELDEN |
| 10 | | |
| 11 | | |
| 12 | | By: S/ BRINTON R. McCUSKER |
| | | Brinton R. McCusker |
| | | bmccusker@tracyattorneys.com |
| 13 | | *Co-Counsel for Claimants/Cross-* |
| | | *Complainants* |
| 14 | | CHARLES T. McDERMOTT, COLETTE |
| | | McDERMOTT, JASON P. McEWAN, |
| 15 | | MARY McDERMOTT, SABRINA D. |
| | | MOSS, JONATHAN HEDRICK, |
| 16 | | KATHLEEN M. HEDRICK, RICHARD D. |
| | | HEDRICK |
| 17 | | |
| 18 | Dated: October 11, 2012 | NEVIN WIESNER |
| 19 | | |
| 20 | | By: S/ DAVID M. SANDERS |
| | | David M. Sanders |
| 21 | | david.sanders@farmersinsurance.com |
| | | *Attorneys for Cross-Defendant* |
| 22 | | WESTERN OUTDOOR PUBLISHING, |
| | | INC. |
| 23 | | |
| 24 | Dated: October 11, 2012 | BULLIVANT HOUSER BAILEY PC |
| 25 | | |
| 26 | | By: S/ MARILYN RAIA |
| | | Marilyn Raia |
| 27 | | marilyn.raia@bullivant.com |
| | | *Attorneys for Cross-Defendant* |
| 28 | | GENE BUCHHOLZ |

1 | Dated: October 11, 2012              KNUDTSON & NUTTER, LLP

3 |                                       By: S/ GIGI M. KNUDTSON
  |                                             Gigi M. Knudtson
4 |                                             esluder@knfirm.com
  |                                             *Attorneys for Cross-Defendant*
5 |                                             SNAG PROOF MANUFACTURING,
  |                                             INC.

7 | Dated: October 11, 2012              VITALE & LOWE

9 |                                       By: S/ DOUGLAS G. MACKAY
  |                                             Douglas G. MacKay
10 |                                            Douglas.MacKay@Zurichna.com
   |                                            *Attorneys for Cross-Defendant*
11 |                                            RUSSO'S MARINA, INC.

13 | Marker E. Lovell, Jr., attests that concurrence in the filing of this document has been

14 | obtained from each of the other signatories identified herein.

# ORDER

The expert disclosure date shall be continued to November 9, 2012, and the supplemental expert disclosure date shall be continued to November 16, 2012.

**IT IS SO ORDERED.**

Date:   October 11, 2012                               /s/ John A. Mendez
                                                      John A. Mendez
                                                      U.S. DISTRICT COURT JUDGE