Arnold I Berschler, SBN 56557
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Facsimile: (415) 348-6001

Brinton R. McCusker, SBN 188059
BAKERINK, McCUSKER & BELDEN
1030 Central Avenue, PO Box 650
Tracy, CA 95378-0650
Tel: (209) 835-9592

Attorneys for Claimants / Cross-Complainants,
RICHARD HEDRICK; KATHLEEN HEDRICK;
JONATHAN HEDRICK, a minor; CHARLES
McDERMOTT; COLETTE McDERMOTT;
MARY McDERMOTT, a minor; JASON McEWAN;
and SABRINA MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, SR., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from a limitation of liability,<br><br>　　　Plaintiff in Limitation.<br>_____/<br><br>AND RELATED CROSS ACTION<br>_____/ | CASE NO. 2:11-CV-00196-JAM-GGH<br><br>**[EX PARTE] APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR JONATHAN HEDRICK, A MINOR; and ORDER** |

_____
[EX PARTE] APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR JONATHAN HEDRICK, A MINOR; and [proposed] ORDER

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. The applicant Richard Hedrick, is the parent of Jonathan Hedrick, a minor.

2. The application seeks the appointment of the following person as guardian ad litem:

Richard Hedrick, 1565 Locust Drive, Tracy, CA 95376 [Cell# (209) 629-2617].

3. The guardian ad litem is to represent the interests of the following person:

Jonathan Hedrick, 1565 Locust Drive, Tracy, CA 95376 [Father's Cell# (209) 629-2617].

4. Jonathan Hedrick, the person to be represented, is a minor. His date of birth is 11/15/2004.

5. The proposed guardian ad litem's relationship to the person he or she will be representing is Father - Son.

6. Rule 202 (Fed. R. Civ. P. 17) of the Local Rules of the United States District Court, Eastern District of California provides for the Appointment of a Guardian, as follows:

> (a) Appointment of Representative or Guardian. Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court. See Fed. R. Civ. P. 17(c)

7. The court should appoint a guardian ad litem because the person named in paragraph 3 herein, Jonathan Hedrick, has a cause or causes of action on which has been

---

[EX PARTE] APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR JONATHAN HEDRICK, A MINOR; and [proposed] ORDER

brought. Petitioner has a cause of action against Lonnie Everett Owen, Sr., and other defendants, for negligence related to a boating collision resulting in personal injuries and related damages which occurred on 08/01/2009 in waterways located in Contra Costa County, California. Further, said cause of action is related to the complaint for exoneration from or limitation of liability filed on behalf of Lonnie Everett Owen, Sr., an individual, as owner of the 2009 Skeeter ZX250 boat, in the United States District Court, Northern District of California, Case No. CV100973, subsequently transferred to the United States District Court, Eastern District of California, with the case number in the above-entitled caption.

8. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he will represent. Both Richard Hedrick and Jonathan Hedrick, a minor, are presenting claims in this personal injury action. Any potential conflicts of interest will be resolved through a petition for minor's compromise which must ultimately be filed with the Court for approval prior to any settlement or distribution.

9. The petitioner and the minor's natural mother, Kathleen Hedrick, who is an adult, are now and have been, at all relevant times, lawfully wedded to each other, residents of the State of California and live together with the minor.

10. Kathleen Hedrick consents to the appointment of Richard Hedrick as Guardian ad Litem for Jonathan Hedrick.

///

///

---

[EX PARTE] APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR JONATHAN HEDRICK, A MINOR; and [proposed] ORDER

Dated: December __8__, 2012    BERSCHLER ASSOCIATES, PC
                                BAKERINK, McCUSKER & BELDEN


                                         /s/ Brinton R. McCusker, Esq.
                                _____
                                Arnold I. Berschler, Esq.
                                Brinton R. McCusker, Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December __04__, 2012
                                                    /s/ Richard Hedrick
                                _____
                                Applicant
                                Richard Hedrick

I consent to the appointment as guardian ad litem under the above petition.

Dated: December __04__, 2012
                                                    /s/ Richard Hedrick
                                _____
                                Proposed Guardian ad Litem
                                Richard Hedrick

I consent to the appointment of Richard Hedrick as guardian ad litem of my son, Jonathan Hedrick, under the above petition.

Dated: December __5__, 2012
                                                    /s/ Kathleen Hedrick
                                _____
                                Kathleen Hedrick

_____
[EX PARTE] APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR JONATHAN HEDRICK, A MINOR; and [proposed] ORDER

## ORDER  [EX PARTE]

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for JONATHAN HEDRICK, a minor, as requested.

THE COURT ORDERS that RICHARD HEDRICK is hereby appointed as the guardian ad litem for JONATHAN HEDRICK, a minor for the reasons set forth in the application.

SO ORDERED,

 DATED:   12/10/2012

>/s/ John A. Mendez
>JOHN A. MENDEZ,
>United States District Court Judge.