GIGI M. KNUDTSON (SBN 114993)
MELISSA L. MCDONALD (SBN 202714)
**KNUDTSON & NUTTER LLP**
Attorneys at Law
1420 Rocky Ridge Drive, Suite 120
Roseville, California 95661
Telephone: (916) 797-4300
Facsimile: (916) 797-7404

Attorneys for Cross-Defendant
SNAG PROOF MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of LONNIE EVERETT OWEN, SR., <br><br> Plaintiff in Limitation, <br><br> RICHARD HEDRICK, JOHNATHAN HEDRICK (minor), KATHLEEN HEDRICK, CHARLES McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT (minor), JASON McEWAN, SABRINA MOSS, <br><br> Cross-Plaintiffs, <br><br> v. <br><br> WESTERN OUTDOOR NEWS, INDIVIDUALLY AND DBA WON BASS, GENE BUCCHOLZ, SNAG PROOF MANUFACTURING, INC., RUSSO'S MARINA, INC., <br><br> Cross-Defendants. | CASE NO.: 2:11-CV-00196-JAM-GGH <br><br> **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE** <br><br> Trial Date: May 6, 2013 |

Plaintiff-in-Limitation LONNIE EVERETT OWEN, Sr., as owner of the 1009 Skeeter ZX250, by and through his counsel of record, GIBSON ROBB & LINDH LLP, Claimants RICHARD HEDRICK, JONATHAN HEDRICK, KATHLEEN HEDRICK, CHARLES McDERMOTT, COLLETTE McDERMOTT, MARY McDERMOTT, JASON McEWAN, and SABRINA MOSS, by and through their counsel of record, ARNOLD BERSCHLER ASSOCIATES, PC, and BAKERINK McCUSKER BELDEN; Cross-Defendant WESTERN

OUTDOOR PUBLISHING, INC., by and through its counsel of record, NEVIN WIESNER; Cross-Defendant GENE BUCHHOLZ, by and through his counsel of record, BULLIVANT HOUSER BAILEY PC; Cross-Defendant RUSSO'S MARINA, INC., by and through its counsel of record, VITALE & LOWE; and Cross-Defendant SNAG PROOF MANUFACTURING, INC., by and through its counsel of record, KNUDTSON & NUTTER, LLP, hereby enter into the below stipulation to continue the pretrial discovery cut-off date as it pertains to the oral depositions of Claimants only.

This stipulation is made in consideration of the fact that the parties have been actively participating in discovery, including extensive written discovery, as well as depositions of the parties, and a site inspection. Due to the schedules of counsel, the eight individual Claimants, and the Thanksgiving holiday, the parties have been unable to schedule the depositions of all of the Claimants before the discovery cut-off of December 14, 2012.

Based on the foregoing and good cause showing, the parties hereby request that the discovery cut-off date, as it pertains to the depositions of Claimants Richard Hedrick, Johnathan Hedrick (minor), Kathleen Hedrick, Charles McDermott, Colette McDermott, Mary McDermott (minor), Jason McEwan, Sabrina Moss only, be continued to January 31, 2012.

Dated: December ___, 2012        GIBSON ROBB & LINDH LLP


                                 By  /S/ MARK E. LOVELL, JR.
                                    Mark E. Lovell, Jr.
                                    mlovell@gibsonrobb.com
                                    Attorneys for Plaintiff-in-Limitation
                                    LONNIE EVERETT OWEN, SR.

Dated: December ___, 2012        BERSCHLER ASSOCIATES, PC


                                 By  /S/ ARNOLD I. BERSCHLER
                                    Arnold I. Berschler
                                    Arnold@berschler.com
                                    Attorneys for Claimants
                                    RICHARD HEDRICK, JOHNATHAN HEDRICK (minor), KATHLEEN HEDRICK, CHARLES McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT (minor), JASON McEWAN, SABRINA MOSS

| | |
|---|---|
| Dated: December ___, 2012 | BAKERINK McCUSKER BELDEN |
| | By  /S/ BRINTON R. McCUSKER<br>Brinton R. McCusker<br>bmccusker@tracyattorneys.com<br>Attorneys for Claimants<br>RICHARD HEDRICK, JOHNATHAN HEDRICK (minor), KATHLEEN HEDRICK, CHARLES McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT (minor), JASON McEWAN, SABRINA MOSS |
| Dated: December ___, 2012 | NEVIN WIESNER |
| | By  /S/ DAVID M. SANDERS<br>David M. Sanders<br>David.sanders@farmersinsurance.com<br>Attorneys for Cross-Defendant<br>WESTERN OUTDOOR PUBLISHING, INC. |
| Dated: December ___, 2012 | BULLIVANT HOUSER BAILEY PC |
| | By  /S/ MARILYN RAIA<br>Marilyn Raia<br>marilyn.raia@farmersinsurance.com<br>Attorneys for Cross-Defendant<br>GENE BUCHHOLZ |
| Dated: December ___, 2012 | VITALE & LOWE |
| | By  /S/ DOUGLAS G. MACKAY<br>Douglas G. MacKay<br>Douglas.mckay@zurichna.com<br>Attorneys for Cross-Defendant<br>RUSSO'S MARINA, INC. |
| Dated: December ___, 2012 | KNUDTSON & NUTTER LLP |
| | By  /S/ MELISSA L. McDONALD<br>MELISSA L. MCDONALD<br>mmcdonald@knfirm.com<br>Attorneys for Cross-Defendant<br>SNAG PROOF MANUFACTURING, INC. |

**ORDER**

IT IS HEREBY ORDERED that the discovery cut-off date, as it pertains to the depositions of Claimants Richard Hedrick, Johnathan Hedrick (minor), Kathleen Hedrick, Charles McDermott, Colette McDermott, Mary McDermott (minor), Jason McEwan, and Sabrina Moss only, be continued to January 31, 2012.

IT IS SO ORDERED.

Dated:  December 12, 2012          /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    U.S. DISTRICT COURT JUDGE