IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of LONNIE EVERETT OWEN, SR.,

    Plaintiff in Limitation,        No. 2:11-cv-0196 JAM GGH

_____/

AND RELATED CROSS ACTION

ORDER

_____/

        Cross-defendant Russo's Marina, Inc.'s motion to compel discovery responses and for sanctions presently is calendared for hearing on March 14, 2013. The discovery deadline for the matters raised by the motion was December 14, 2012. See Dkt. no. 72. Therefore, the matter will be denied without prejudice to its renewal only after obtaining modification to the scheduling order from Judge Mendez.

        Accordingly, IT IS ORDERED that:

        1. Russo's Marina, Inc.'s motion to compel discovery and for sanctions, filed February 15, 2013, (dkt. no. 126), is denied without prejudice; and

        2. The hearing is vacated from the March 14, 2013 calendar.

DATED: February 27, 2013

                      /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH:076:Owen0196.vac.wpd

1