Marilyn Raia, SBN 072320
E-Mail: marilyn.raia@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Cross-Defendant
GENE BUCHHOLZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, Sr., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from or limitation of liability,<br><br>  Plaintiff in Limitation, | Case No.: 2:11-CV-00196-JAM-GGH<br><br>**JUDGMENT** |
| CLAIMS IN LIMITATION | |
| RICHARD HEDRICK, JONATHAN HEDRICK (minor), KATHLEEN HEDRICK, CHARLES McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT (minor), JASON McEWAN, SABRINA MOSS,<br><br>  Cross-Plaintiffs,<br><br>  vs.<br><br>WESTERN OUTDOOR NEWS, INDIVIDUALLY AND D.B.A. WON BASS, GENE BUCHHOLZ, SNAG PROOF MANUFACTURING, INC., RUSSO'S MARINA, INC.,<br><br>  Cross-Defendants. | |

Pursuant to the Court's order dated March 5, 2013, judgment is hereby entered in favor of Cross-defendant Gene Buchholz and against Cross-plaintiffs Richard Hedrick, Kathleen Hedrick, Jonathon Hedrick through his guardian *ad litem* Richard Hedrick, Charles

//

1 | McDermott, Collette McDermott, Mary McDermott, Jason McEwan and Sabrina Moss.

3 | DATED: March 7, 2013         /s/ John A. Mendez

4 |                              John A. Mendez
                                 United States District Court Judge

McDermott, Collette McDermott, Mary McDermott, Jason McEwan and Sabrina Moss.

– 2 –