Arnold I Berschler, SBN 56557
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Facsimile: (415) 348-6001

Brinton R. McCusker, SBN 188059
BAKERINK, McCUSKER & BELDEN
1030 Central Avenue, PO Box 650
Tracy, CA 95378-0650
Tel: (209) 835-9592

Attorneys for Claimants / Cross-Complainants,
RICHARD HEDRICK; KATHLEEN HEDRICK;
JONATHAN HEDRICK, a minor; CHARLES
McDERMOTT; COLETTE McDERMOTT;
MARY McDERMOTT, a minor; JASON McEWAN;
and SABRINA MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, SR., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from a limitation of liability,<br><br>    Plaintiff in Limitation.<br>_____/<br><br>AND RELATED CROSS ACTION<br>_____/ | CASE NO. 2:11-CV-00196-JAM-EFB<br><br>**ORDER DISMISSING CROSS COMPLAINT WITH PREJUDICE** |

_____
[proposed] ORDER DISMISSING CROSS COMPLAINT WITH PREJUDICE

Upon review of the Claimants and Cross-Plaintiffs Request for Order of Dismissal of the cross-complaint against Russo's Marina, Inc. with Prejudice, and Good Cause and the interests of justice otherwise appearing,

**IT IS ORDERED THAT:**

Cross-Plaintiffs' cross-complaint against Cross-Defendant Russo's Marina, Inc. is dismissed with prejudice, each party to bear their own costs and attorneys fees.

Dated: March 20, 2013

/s/ John A. Mendez
John A. Mendez
United States District Court Judge