Arnold I Berschler, SBN 56557
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Facsimile: (415) 348-6001

Brinton R. McCusker, SBN 188059
BAKERINK, McCUSKER & BELDEN
1030 Central Avenue, PO Box 650
Tracy, CA 95378-0650
Tel: (209) 835-9592

Attorneys for Claimants / Cross-Complainants,
RICHARD HEDRICK; KATHLEEN HEDRICK; JONATHAN HEDRICK, a minor; CHARLES McDERMOTT; COLETTE McDERMOTT; MARY McDERMOTT, a minor; JASON McEWAN; and SABRINA MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of LONNIE EVERETT OWEN, SR., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from a limitation of liability,

Plaintiff in Limitation.
_______________________________/

AND RELATED CROSS ACTION
_______________________________/

CASE NO. 2:11-CV-00196-JAM-EFB

**ORDER DISMISSING CROSS COMPLAINT WITH PREJUDICE**

Upon review of the Claimants and Cross-Plaintiffs Request for Order of Dismissal of the cross-complaint against Russo's Marina, Inc. with Prejudice, and Good Cause and the interests of justice otherwise appearing,

**IT IS ORDERED THAT:**

Cross-Plaintiffs' cross-complaint against Cross-Defendant Russo's Marina, Inc. is dismissed with prejudice, each party to bear their own costs and attorneys fees.

Dated: March 20, 2013

/s/ John A. Mendez
John A. Mendez
United States District Court Judge