GIGI M. KNUDTSON (SBN 114993)
MELISSA L. MCDONALD (SBN 202714)
**KNUDTSON & NUTTER LLP**
Attorneys at Law
1420 Rocky Ridge Drive, Suite 120
Roseville, California 95661
Telephone: (916) 797-4300
Facsimile: (916) 797-7404

Attorneys for Cross-Defendant
SNAG PROOF MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of LONNIE EVERETT OWEN, SR.,<br><br>Plaintiff in Limitation,<br><br>RICHARD HEDRICK, JOHNATHAN HEDRICK (minor), KATHLEEN HEDRICK, CHARLES McDERMOTT, COLETTE McDERMOTT, MARY McDERMOTT (minor), JASON McEWAN, SABRINA MOSS,<br><br>Cross-Plaintiffs,<br><br>v.<br><br>WESTERN OUTDOOR NEWS, INDIVIDUALLY AND DBA WON BASS, GENE BUCCHOLZ, SNAG PROOF MANUFACTURING, INC., RUSSO'S MARINA, INC.,<br><br>Cross-Defendants | **CASE NO.: 2:11-CV-00196-JAM-GGH**<br><br>**JUDGMENT** |

Pursuant to the Court's Order dated March 11, 2013, judgment is hereby entered in favor of Cross-Defendant SNAG PROOF MANUFACTURING, INC., and against Cross-Plaintiffs RICHARD HEDRICK, KATHLEEN HEDRICK, JONATHON HEDRICK, through his guardian

- 1 -
**Judgment**

ad litem RICHARD HEDRICK, CHARLES McDERMOTT, COLLETTE McDERMOTT, MARY McDERMOTT, JASON McEWAN AND SABRINA MOSS.

DATED: 3/26/2013            /s/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            U.S. District Court Judge, Eastern District

- 2 -
**Judgment**