Arnold I Berschler, SBN 56557
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Facsimile: (415) 348-6001

Brinton R. McCusker, SBN 188059
BAKERINK, McCUSKER & BELDEN
1030 Central Avenue, PO Box 650
Tracy, CA 95378-0650
Tel: (209) 835-9592

Attorneys for Claimants / Cross-Complainants,
RICHARD HEDRICK; KATHLEEN HEDRICK;
JONATHAN HEDRICK, a minor; CHARLES
McDERMOTT; COLETTE McDERMOTT;
MARY McDERMOTT, a minor; JASON McEWAN;
and SABRINA MOSS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, SR., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from a limitation of liability,<br><br>Plaintiff in Limitation.<br><br>AND RELATED CROSS ACTION | CASE NO. 2:11-CV-00196-JAM-GGH<br><br>**EX PARTE APPLICATION THAT COURT CONSIDER PETITION TO APPROVE MINOR'S COMPROMISE WITHOUT A HEARING; OR, IN THE ALTERNATIVE, THAT THE MINOR BE EXCUSED FROM THE HEARING; STIPULATION THAT PETITION TO APPROVE MINOR'S COMPROMISE PROCEED WITHOUT A HEARING; [PROPOSED] ORDER** |

EX PARTE APPLICATION THAT COURT CONSIDER PETITION TO APPROVE MINOR'S COMPROMISE WITHOUT A HEARING; OR, IN THE ALTERNATIVE, THAT THE MINOR BE EXCUSED FROM THE HEARING; STIPULATION THAT PETITION TO APPROVE MINOR'S COMPROMISE PROCEED WITHOUT A HEARING; [PROPOSED] ORDER

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. This Honorable Court's jurisdiction to entertain this petition and the primary petition for approval of compromise of the minor, Jonathan Hedrick's, causes of action in this litigation arises under 28 U.S.C. §1367(a); see, Local Rules of Court 202(b)(2) and 202(c).

2. Richard Hedrick is the court appointed Guardian Ad Litem for Jonathan Hedrick, a minor.

3. The claimants and cross-plaintiffs ('cross-plaintiffs") and Plaintiff-in-Limitation Lonnie Everett Owen, Sr., ("Owen") have agreed in principle to settle all claims by the cross-plaintiffs against Mr. Owens.

4. As part of this settlement, a petition to approve the minor's compromise for Jonathan Hedrick's portion of the settlement is scheduled for May 1, 2013 at 9:30 a.m. in Dept. 6 before the Hon. John A. Mendez.

5. The claims by cross-plaintiffs against the remaining cross-defendants have all resolved or been adjudicated by summary judgment motions;

6. California Rule of Court 7.950.5 provides a mechanism for an expedited petition for court approval of a minor's compromise without appearance of the parties.

7. The remaining parties, cross-plaintiffs and Mr. Owen, believe it would be in the interest of justice and economy of resources that the petition to approve the minor's compromise

---

EX PARTE APPLICATION THAT COURT CONSIDER PETITION TO APPROVE MINOR'S COMPROMISE WITHOUT A HEARING; OR, IN THE ALTERNATIVE, THAT THE MINOR BE EXCUSED FROM THE HEARING; STIPULATION THAT PETITION TO APPROVE MINOR'S COMPROMISE PROCEED WITHOUT A HEARING; [PROPOSED] ORDER

2

1  proceed without a hearing consistent with California Rule of Court 7.950.5 that permits Court
2  approval of a minor's compromise without appearance of the parties.
3      8.   Accordingly, the parties request that the Court consider and rule on the pending
4  petition to approve minor's compromise without a hearing; or, in the alternative, that the minor
5  (8 years of age) be excused from attendance at the hearing.

Respectfully Submitted,

Dated: April 17, 2013          BERSCHLER ASSOCIATES, PC
                                BAKERINK, McCUSKER & BELDEN

                                */s/ Bton Rlfcl*

                                Arnold I. Berschler, Esq.
                                Brinton R. McCusker, Esq.
                                Attorneys for Claimants/Cross-Complainants

///
///
///
///
///
///

EX PARTE APPLICATION THAT COURT CONSIDER PETITION TO APPROVE MINOR'S COMPROMISE WITHOUT A HEARING; OR, IN THE ALTERNATIVE, THAT THE MINOR BE EXCUSED FROM THE HEARING; STIPULATION THAT PETITION TO APPROVE MINOR'S COMPROMISE PROCEED WITHOUT A HEARING; [PROPOSED] ORDER

3

## STIPULATION

Cross-plaintiffs and Plaintiff-in-Limitation Lonnie Everett Owen, Sr. Owen hereby stipulate the this Honorable Court decide the petition to approve the minor's compromise upon the pleadings, without hearing, in an expedited manner, prior to the presently set hearing date of May 1, 2013.

Dated: April /7, 2013

GIBSON ROBB & LINDH

Marker E. Lovell, Jr, Esq..
Attorneys for Lonnie Everett Owen, Sr.,
Plaintiff-in-Limitation

Dated: April /7, 2013

BERSCHLER ASSOCIATES, PC
BAKERINK, McCUSKER & BELDEN

Arnold I. Berschler, Esq.
Brinton R. McCusker, Esq.
Attorneys for Claimants/Cross-Complainants

///

///

---

EX PARTE APPLICATION THAT COURT CONSIDER PETITION TO APPROVE MINOR'S COMPROMISE WITHOUT A HEARING; OR, IN THE ALTERNATIVE, THAT THE MINOR BE EXCUSED FROM THE HEARING; STIPULATION THAT PETITION TO APPROVE MINOR'S COMPROMISE PROCEED WITHOUT A HEARING; [PROPOSED] ORDER

4

**JAM ORDER** [EX PARTE]
*pursuant to Federal law,*

THE COURT FINDS that it will consider the pending petition to approve minor's compromise on an expedited basis without the necessity of a hearing; ~~or, in the alternative, that the minor (8 years of age) be excused from the hearing.~~ *JAM*

DATED: 4-18-2013

SO ORDERED,

*/s/ John A. Mendez*
JOHN A. MENDEZ,
United States District Court Judge.

---

EX PARTE APPLICATION THAT COURT CONSIDER PETITION TO APPROVE MINOR'S COMPROMISE WITHOUT A HEARING; OR, IN THE ALTERNATIVE, THAT THE MINOR BE EXCUSED FROM THE HEARING; STIPULATION THAT PETITION TO APPROVE MINOR'S COMPROMISE PROCEED WITHOUT A HEARING; [PROPOSED] ORDER

5