Arnold I Berschler, SBN 56557
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Facsimile: (415) 348-6001

Brinton R. McCusker, SBN 188059
BAKERINK, McCUSKER & BELDEN
1030 Central Avenue, PO Box 650
Tracy, CA 95378-0650
Tel: (209) 835-9592

Attorneys for Claimants / Cross-Complainants,
RICHARD HEDRICK; KATHLEEN HEDRICK;
JONATHAN HEDRICK, a minor; CHARLES
McDERMOTT; COLETTE McDERMOTT;
MARY McDERMOTT, a minor; JASON McEWAN;
and SABRINA MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, SR., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from a limitation of liability,<br><br>    Plaintiff in Limitation.<br>_____/<br><br>AND RELATED CROSS ACTION<br>_____/ | CASE NO. 2:11-CV-00196-JAM-GGH<br><br>**ORDER APPROVING COMPROMISE OF PENDING ACTION OF MINOR** |

_____
ORDER APPROVING COMPROMISE OF PENDING ACTION OF MINOR

1. Petitioner Richard Hedrick has petitioned for court approval of a proposed compromise of a pending action involving a minor.

2. Petitioner has the following relationships to claimant:

    (a) Parent; and

    (b) Guardian ad Litem.

3. Claimant Jonathan Hedrick is a minor. His date of birth is 11/15/2004.

4. The claim or action to be compromised is asserted against Lonnie Everett Owen, Sr. and Western Outdoor News, individually and dba Won Bass.

5. THE COURT FINDS that all notices require by law have been given.

**THE COURT ORDERS:**

1. The petition is granted and the proposed compromise of claim or action is approved. The gross amount of the settlement in favor of claimant is $20,125.00.

2. The payer shall disburse the proceeds of the settlement approved by this order in the following manner:

    a. Payment of Fees and Expenses: Fees and expenses shall be paid by one or more checks or drafts drawn payable to the order of the petitioner and the petitioner's attorney for the following items of expense or damage which are hereby authorized to be paid out of the proceeds of the settlement:

        (1) Attorney's fees in the total amount of $4,806.96 payable to

"Bakerink, McCusker & Belden".

(2) Costs in the total amount of $897.14.

(3) Health plan reimbursement [Meridian Resource Company, LLC)  in the amount of $1,009.03.

Total allowance for fees, costs and expenses from the settlement is $6,713.13.

The payer shall disburse the proceeds of the settlement approved by this order in the following manner

b. The balance of the settlement available for claimant after payment of all allowed fees, costs and expenses is $13,411.87.  The balance shall be disbursed as follows:

(1) By one or more checks or drafts in the total amount of $13,411.87 drawn payable to the order of the petitioner as trustee for the claimant.  Said payment must be deposited in one or more interest-bearing, federally insured accounts in the name of petitioner as trustee for claimant, and no withdrawals may be made from the accounts except as proved in the Order to Deposit Money Into Block Account which is signed contemporaneously with this order ("blocked account").

3. The court makes the following additional orders concerning any part of the balance ordered to be deposited in a blocked account:

---
ORDER APPROVING COMPROMISE OF PENDING ACTION OF MINOR

    a.    Within 48 hours of receipt of a check or draft, the petitioner and the petitioner's attorney must deposit the check or draft in the petitioner's mane as trustee for the claimant in one or more blocked accounts at: Bank of Stockton, Tracy Branch, 1175 N. Tracy Boulevard, Tracy, CA 95376.

    b.    The petitioner and the petitioner's attorney must deliver to each depository at the time of deposit three copies of the Order to Deposit Money Into Blocked Account which is signed contemporaneously with this order, and three copies of the Receipt and Acknowledgment of Order for the Deposit of Money Into Blocked Account. The petitioner's attorney must file a copy of the receipt with this court within 15 days of the deposit. The sole responsibilities of the petitioner and the petitioner's attorney are to place the balance in a blocked account and to timely file a copy of the receipt.

    c.    The balance of the proceeds of the settlement deposited in a blocked account may be withdrawn only as follows:

        (1)    The blocked account belongs to a minor [Jonathan Hedrick]. The minor was born 11/15/2004. No withdrawals of principal or interest may be made from the blocked account without a further written order under this case name and number, signed by a

---

ORDER APPROVING COMPROMISE OF PENDING ACTION OF MINOR

      judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years.  When the minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order.  The money on deposit is not subject to escheat.

4.   The petitioner is authorized to execute settlement documents as follows:

  a.   Upon receipt of the full amount of the settlement sum approved by this order and the deposit of funds, the petitioner is authorized and directed to execute and deliver to the payer a full, complete, and final release and discharge of any and all claims and demands of the claimant by reason of the accident or incident described in the petition and the resultant injuries to the claimant and a properly executed dismissal with prejudice.

5.   Bond is not required.

6.   A copy of this order shall be served on the payer forthwith.

Date: 5/13/2013

            /s/ John A. Mendez
            JOHN A. MENDEZ
            United States District Court Judge

---

ORDER APPROVING COMPROMISE OF PENDING ACTION OF MINOR