Arnold I Berschler, SBN 56557
BERSCHLER ASSOCIATES, PC
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Facsimile: (415) 348-6001

Brinton R. McCusker, SBN 188059
BAKERINK, McCUSKER & BELDEN
1030 Central Avenue, PO Box 650
Tracy, CA 95378-0650
Tel: (209) 835-9592

Attorneys for Claimants / Cross-Complainants,
RICHARD HEDRICK; KATHLEEN HEDRICK;
JONATHAN HEDRICK, a minor; CHARLES
McDERMOTT; COLETTE McDERMOTT;
MARY McDERMOTT, a minor; JASON McEWAN;
and SABRINA MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, SR., an individual, as owner of the 2009 SKEETER ZX250, for exoneration from a limitation of liability,<br><br>      Plaintiff in Limitation.<br>_____/<br><br>AND RELATED CROSS ACTION<br>_____/ | CASE NO. 2:11-CV-00196-JAM-GGH<br><br>**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT** |

_____
ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT

**THE COURT ORDERS:**

1. Money belonging to Jonathan Hedrick shall be deposited in an interest-bearing, federally insured blocked account.

2. Each account shall indicate the name of the minor who owns the account.

3. The total amount authorized for deposit is $13,411.87.

4. Withdrawals:

   a. The blocked account belongs to a minor [Jonathan Hedrick]. The minor was born 11/15/2004. No withdrawals of principal or interest may be made from the blocked account without a further written order under this case name and number, signed by a judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

5. The petitioner and the petitioner's attorney shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Date: 5/13/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

---

ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT