G. GEOFFREY ROBB  (131515)
grobb@gibsonrobb.com
MARKER E. LOVELL, JR.  (208659)
mlovell@gibsonrobb.com
CHELSEA D. YUAN  (240559)
cyuan@gibsonrobb.com
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001

Attorneys for Plaintiff-in-Limitation
LONNIE EVERETT OWEN, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of LONNIE EVERETT OWEN, Sr.,<br><br>    Plaintiff in Limitation.<br><br>_____<br><br>Claims in Limitation<br>_____ | Case No. 2:11-CV-00196-JAM-GGH<br><br>**ORDER GRANTING STIPULATED AND UNOPPOSED MOTION FOR EXONERATION FROM LIABILITY**<br><br>Date:      August 21, 2013<br>Time:      9:30 a.m.<br>Location:  Courtroom 6<br>Judge:     John A. Mendez |

Plaintiff-in-Limitation LONNIE EVERETT OWEN, SR.'s ("PLAINTIFF-IN-LIMITATION"), as owner of the 2009 Skeeter ZX250 ("VESSEL") Motion for an Order granting exoneration from liability came on for hearing before the Honorable John A. Mendez on August 21, 2013, at 9:30 a.m., in the above-entitled Court.  The Court finds that eight claims were made to PLAINTIFF-IN-LIMITATION's complaint for exoneration from and/or limitation of liability within the time period set forth by the Court.  The claims were made by CHARLES T. MCDERMOTT, MARY MCDERMOTT, COLETTE E. MCDERMOTT, RICHARD D. HEDRICK, KATHLEEN M. HEDRICK, JONATHAN HEDRICK, JASON P. MCEWAN, AND SABRINA D. MOSS.  The Court finds that these claims have been fully resolved.  Therefore, there are no remaining legally cognizable claims contesting PLAINTIFF-IN-LIMITATIONS'

1  right to exoneration from liability.  Thus, the Court finds that PLAINTIFF-IN-LIMITATION is
2  entitled to judgment as a matter of law.  The Court further finds that any claims against
3  PLAINTIFF-IN-LIMITATION are neither permissible nor necessary.  The Court further finds
4  that pursuant to F.R.C.P. Rule 54(b) that there is no reason for delay in entry of judgment.
5      IT IS HEREBY ORDERED, JUDGED, AND DECREED AS FOLLOWS:
6      PLAINTIFF-IN-LIMITATION's Motion for an order granting PLAINTIFF-IN-
7  LIMITATION exoneration from liability for damages, for any and all claims, losses, or injuries
8  that occurred on or about August 1, 2009, is granted; and the Clerk is expressly directed to enter
9  judgment in favor of PLAINTIFF-IN-LIMITATION.

11 Dated: July 15, 2013    /s/ John A. Mendez
                           John A. Mendez
12                         U.S. District Court Judge